(July 25, 1977)

■ DIME SAVINGS BANK OF WILLIAMSBURGH, Respondent, v ANSHEL REALTY CORP. et al., Defendants, and EDWARD L. DUBROFF et al., as Executors, Appellants.—In a mortgage foreclosure action, defendants Dubroff and Messinger, as executors, appeal from so much of an order of the Supreme

Court, Kings County, dated May 14, 1976, as directed that the receiver of the mortgaged premises pay the sum of $10,105.05 in his possession to the plaintiff. Order affirmed insofar as appealed from, without costs or disbursements. Subdivision 4 of section 1371 of the Real Property Actions and Proceedings Law is clear and unambiguous and mandates affirmance, however inequitable the result may be. Any relief required to prevent a recurrence of this situation must come through a legislative amendment to subdivision 4 of section 1371 of the Real Property Actions and Proceedings Law and not by judicial interpretation of that section. Latham, J. P., Shapiro, Hawkins and Suozzi, JJ., concur.